No. 277. JOHN H. FORD *v.* GUY STURGIS, ADMINISTRATOR, ETC.;

No. 278. UNION IRON WORKS *v.* GUY STURGIS, ADMINISTRATOR, ETC.;

No. 279. REGINALD W. GEARE *v.* GUY STURGIS, ADMINISTRATOR, ETC.; and

No. 280. FRANK L. WAGNER *v.* NICHOLAS APPELBAUM, ADMINISTRATOR, ETC. On certificate from the Court of Appeals of the District of Columbia. Argued November 21, 1924. Decided November 21, 1924, and form of order corrected December 1, 1924. *Per Curiam.* The certificate from the Court of Appeals of the District of Columbia in each case is dismissed for the reason that the questions or propositions of law certified therein are not such as may be certified under § 251 of the Judicial Code. See *Biddle* v. *Luvisch, ante,* 173, and cases there cited. *Mr. Daniel Thew Wright,* with whom *Mr. Philip Ershler* was on the brief, for Geare. *Mr. John S. Barbour, Mr. J. C. Gibson* and *Mr. J. W. Hazell* appeared for Ford. *Mr. John S. Barbour* appeared for Union Iron Works. *Mr. W. C. Sullivan* appeared for Wagner. *Mr. Hoke Smith, Mr. Charles A. Douglas, Mr. Conrad H. Syme* and *Mr. Joseph W. Cox* appeared for Sturgis, Administrator. *Mr. Lawrence Koenigsberger,* by leave of Court, filed a brief as *amicus curiae* in No. 280.

No. —. Original. *Ex parte:* IN THE MATTER OF E. L. SMART, petitioner. Submitted November 17, 1924. Decided November 24, 1924. Motion for leave to file a petition for a writ of habeas corpus herein denied. *Mr. Frans E. Lindquist* for petitioner.